# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MURRAY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:19-cv-00539-CFC ) ) |
| THE ULTIMATE SOFTWARE GROUP, INC., SCOTT SCHERR, MARC D. SCHERR, JASON DORSEY, JAMES A. FITZPATRICK, JR., ALOIS T. LEITER, JONATHAN D. MARINER, RICK A. WILBER, UNITE PARENT CORP., UNITE MERGER SUB, INC., THE BLACKSTONE GROUP L.P., GIC PTE. LTD., CANADA PENSION PLAN INVESTMENT BOARD, JMI MANAGEMENT, INC., and HELLMAN & FRIEDMAN LLC, | ) ) **CLASS ACTION** ) ) ) **JURY TRIAL DEMAND** ) ) ) ) ) ) ) |
| Defendants, | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Brian Murray hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

2

| | |
|---|---|
| Dated: May 10, 2019 | **RIGRODSKY & LONG, P.A.** |
| | By: */s/ Brian D. Long* |
| | Brian D. Long (#4347) |
| **OF COUNSEL:** | Gina M. Serra (#5387) |
| | 300 Delaware Avenue, Suite 1220 |
| **ROWLEY LAW PLLC** | Wilmington, DE 19801 |
| Shane T. Rowley | Telephone: (302) 295-5310 |
| Danielle Rowland Lindahl | Facsimile: (302) 654-7530 |
| 50 Main Street, Suite 1000 | Email: bdl@rl-legal.com |
| White Plains, NY 10606 | Email: gms@rl-legal.com |
| Telephone: (914) 400-1920 | |
| Facsimile: (914) 301-3514 | *Attorneys for Plaintiff* |

2